**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) __TRUSTEES OF BOSTON UNIVERSITY v. BLACKBERRY LTD.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   [✓]   I.   410, 441, 470, 535, 830*, 891, 893, 895, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ]   II.  110, 130, 140, 160, 190, 196, 230, 240, 290, 320, 362, 370, 371, 380, 430, 440, 442, 443, 445, 446, 448, 710, 720, 740, 790, 820*, 840*, 850, 870, 871.

   [ ]   III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 367, 368, 375, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 625, 690, 751, 791, 861-865, 890, 896, 899, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Trustees of Boston University v. Everlight Electronics, Co., Ltd. et. al, Civ. Action No.: 1:12-cv-11935; see also Ex. A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)
   YES [ ]   NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [✓]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Erik Paul Belt
ADDRESS  McCarter & English, LLP 265 Franklin Street, Boston, Massachusetts 02110
TELEPHONE NO.  617-449-6506

(CategoryForm12-2011.wpd  - 12/2011)

# **EXHIBIT A**

**RELATED CASES:**

*Trustees of Boston University vs. Everlight Electronics, Co., Ltd., et al., Consolidated Civil Action No. 1:12-cv-11935-PBS*

*Trustees of Boston University vs. Seoul Semiconductor, Inc., et al., Civil Action No. 1:12-cv-11938-PBS*

*Trustees of Boston University vs. Samsung Electronics Co., Ltd., et al., Civil Action No. 1:13-cv-10659-PBS*

*Trustees of Boston University vs. Amazon.com, Inc., Civil Action No. 1:13-cv-11097-PBS*

*Trustees of Boston University vs. Arrow Electronics, Inc., et al., Civil Action No. 1:13-cv-11105-PBS*

*Trustees of Boston University vs. Apple, Inc., Civil Action No. 1:13-cv-11575-PBS*

*Trustees of Boston University vs. LG Innotek USA, Inc., et al., Civil Action No. 1:13-cv-11832-PBS*

*Trustees of Boston University vs. Hewlett-Packard Co., Civil Action No. 1:13-cv-11832-PBS*

*Trustees of Boston University vs. Sierra IC, Inc., Civil Action No. 1:13-cv-11965-PBS*

*Trustees of Boston University vs. Vyrian, Inc., Civil Action No. 1:13-cv-11963-PBS*

**ADDITIONAL CASES BEING FILED WITH THIS COMPLAINT:**

*Trustees of Boston University vs. Acer Inc., et al.*

*Trustees of Boston University vs. AOC International Corp., et al.*

*Trustees of Boston University vs. ASUSTeK Computer Inc., et al.*

*Trustees of Boston University vs. BenQ Corp., et al.*

*Trustees of Boston University vs. Canon Inc., et al.*

*Trustees of Boston University vs. Dell Inc., et al.*

*Trustees of Boston University vs. Fujifilm Holdings Corp., et al.*

*Trustees of Boston University vs. Hannspree Inc., et al.*

*Trustees of Boston University vs. Harvatek Corp., et al.*

*Trustees of Boston University vs. HTC Corp., et al.*

*Trustees of Boston University vs. Kingbright Electric Co., Ltd., et al.*

*Trustees of Boston University vs. Eastman Kodak Co.*

*Trustees of Boston University vs. Lenovo Group Ltd.*

*Trustees of Boston University vs. LG Display Co., Ltd., et al.*

*Trustees of Boston University vs. Microsoft Corp.*

*Trustees of Boston University vs. Motorola Mobility, Inc.*

*Trustees of Boston University vs. NEC Corp., et al.*

*Trustees of Boston University vs. Nikon Inc.*

*Trustees of Boston University vs. Nokia Corp., et al.*

*Trustees of Boston University vs. Olympus Corp., et al.*

*Trustees of Boston University vs. Panasonic Corp., et al.*

*Trustees of Boston University vs. Planar Systems, Inc., et al.*

*Trustees of Boston University vs. Sharp Corp., et al.*

*Trustees of Boston University vs. Sony Corp., et al.*

*Trustees of Boston University vs. Stanley Electric Co., Ltd., et al.*

*Trustees of Boston University vs. Tatung Co., Ltd., et al.*

*Trustees of Boston University vs. Toshiba Corp., et al.*

*Trustees of Boston University vs. ViewSonic Corp., et al.*

*Trustees of Boston University vs. Vizio, Inc.*