IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON UNIVERSITY<br>    *Plaintiff,*<br><br>VS.<br><br>BLACKBERRY LTD. and<br>BLACKBERRY CORP.,<br>    *Defendants.* | Civil Action No. 1:13-cv-12329 |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Trustees of Boston University ("Plaintiff") and Defendants Blackberry Ltd and Blackberry Corp. (collectively "Defendants") have settled Plaintiff's claims for relief against Defendants asserted in this case. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Dismissal, dismissing its claims for relief against Defendants with prejudice, with each party to bear its own respective costs and fees. Each party expressly waives any right of appeal.

Dated:   January 14, 2014

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael W. Shore*
MICHAEL W. SHORE

DM_US 48994324-2.092211.0021